IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GAIL FANNUELSEN,

       Plaintiff,

vs.                                     CASE NO. 1:07cv116-SPM/AK

STELLAR LLC, et al.,

       Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the "Joint Motion for Dismissal with Prejudice" (doc. 14) and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     This action is *dismissed with prejudice*.

2.     Each party shall bear his own attorney's fees.

3.     All pending motions are denied as moot.

**SO ORDERED** this twenty-sixth day of February, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge